**Ryan KOERDT, Plaintiff–Appellant**

**v.**

**SHERIDAN SCHOOL DISTRICT; Brenda Haynes, Individually and in her official capacity as Superintendent of the Sheridan School District, Defendants–Appellees**

No. 15–1769

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2016

Filed: June 20, 2016

Robert Alston Newcomb, Little Rock, AR, for Plaintiff-Appellant.

Micheal L. Alexander, Breana Cheri Ott Mackey, Samuel Brent Wakefield, Barber Law Firm, Walter Paul Blume, Little Rock, AR, for Defendants–Appellees.

Before WOLLMAN, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ryan Koerdt appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Having considered the briefs and the record in light of the standard of review set forth in Jain v. CVS Pharmacy, Inc., 779 F.3d 753, 759 (8th Cir. 2015), we conclude that no extended discussion is necessary, and thus we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.